IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZURICH AMERICAN INSURANCE
COMPANY, LIBERTY MUTUAL FIRE
INSURANCE COMPANY, ACE
AMERICAN INSURANCE COMPANY,
a/s/o/ Aimbridge Hospitality LLC,

        Plaintiffs,

   v.

CENTIMARK CORPORATION, a
Pennsylvania corporation,

        Defendant.

No. 3:21-cv-00647-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on June 28, 2021, in which she recommends that the Court grant Plaintiff's Motion to Remand and remand this case to Washington County Circuit Court. F&R, ECF 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [20]. Accordingly, Plaintiff's Motion to Remand [12] is GRANTED and this case is remanded to Washington County Circuit Court.

IT IS SO ORDERED.

DATED: _____August 10, 2021_____.

*/s/ Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER